# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANTELA STACKHOUSE AND SHANTELA STACKHOUSE AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF C.M., <br><br> Plaintiff, <br><br> vs. <br><br> ALTON MEMORIAL HOSPITAL, ET AL., <br><br> Defendants. | Case No. 22-cv-246-NJR |

## STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED that **The Honorable Stephen Williams** has been selected, contacted and has agreed to serve as Mediator for this action. The Mediator's contact information is as follows:

**Address**
Kuehn, Beasley & Young, P.C., 23 S. 1st Street, Belleville, IL 62202
**Phone Number**
618-277-7260
**Email**
Swilliams@kuehnlawfirm.com

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mandatory Mediation Session and additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mandatory

Mediation Session and all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

DATED:  August 23, 2022

/s/ Daniel Q. Farroll (with consent)
Attorney for Plaintiffs

/s/ David P. Franklin
Attorney for Defendants Alton Memorial Hospital and Diane M. Lahey, R.N.

/s/ Kyle Oehmke (with consent)
Attorney for the United States