IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANTELA STACKHOUSE, and <br> SHANTELA STACKHOUSE as Independent <br> Administrator of the Estate of C.M. <br><br> Plaintiffs, <br><br> vs. <br><br> ALTON MEMORIAL HOSPITAL <br> DIANE M. LAHEY, R.N. <br> <u>UNITED STATES OF AMERICA</u> <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-CV-246-NJR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT UNITED STATES OF AMERICA'S AFFIRMATIVE DEFENSES**

NOW COMES Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., by and through her attorneys, Daniel W. Farroll of Goldenberg, Heller & Antognoli, and for her Answers to Defendant United States of America's Affirmative Defenses, states as follows:

1. Plaintiff denies the allegations in Affirmative Defense number 1.

2. Plaintiff denies the allegations in Affirmative Defense number 2.

3. Plaintiff denies the allegations in Affirmative Defense number 3.

4. Plaintiff denies the allegations in Affirmative Defense number 4.

5. Plaintiff denies the allegations in Affirmative Defense number 5.

6. Plaintiff denies the allegations in Affirmative Defense number 6.

7. Plaintiff denies the allegations in Affirmative Defense number 7.

8. Plaintiff denies the allegations in Affirmative Defense number 8.

9. Plaintiff denies the allegations in Affirmative Defense number 9.

10. Plaintiff denies the allegations in Affirmative Defense number 10.

11. Plaintiff denies the allegations in Affirmative Defense number 11.

12. Plaintiff denies the allegations in Affirmative Defense number 12.

13. Plaintiff denies the allegations in Affirmative Defense number 13.

14. Plaintiff denies the allegations in Affirmative Defense number 14.

15. Plaintiff denies the allegations in Affirmative Defense number 15.

Wherefore, the Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., respectfully requests judgment in bar of Defendant United States of America's Affirmative Defenses, as well as for such other and further relief as may be just and proper.

Respectfully Submitted,

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By:   /s/*Daniel W. Farroll*_____
Daniel W. Farroll #06210602
Jennifer M. Wagner, #06307253
2227 South State Route 157
Edwardsville, IL 62025
Telephone: (618) 656-5150
Facsimile: (618) 656-6230
E-mail: dfarroll@ghalaw.com
E-mail: jwagner@ghalaw.com
***ATTORNEYS FOR PLAINTIFF***

Keith Short     #6210044
Keith Short and Associates, P.C.
325 Market Street
Alton, IL  62002
(618) 254-0055
(618) 254-1272          (fax)
keith@siltrial.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2022, I electronically filed the foregoing Plaintiff's Responses to Defendant United States of America's Affirmative Defenses with the Clerk of Court using CM/ECF system and by electronic mail to the attorneys of record below:

| | |
|---|---|
| Kyle Christopher Oehmke<br>United States Attorney's Office<br>9 Executive Drive<br>Fairview Heights, IL 62208-1344<br>Kyle.oehmke@usdoj.gov | Kenneth W. Bean<br>Russell L. Makepeace<br>David P. Franklin<br>Sandberg Phoenix & von Gontard, P.C.<br>600 Washington Avenue – 15th Floor<br>St. Louis MO 63101-1313<br>kbean@sandbergphoenix.com<br>rmakepeace@sandbergphoenix.com<br>dfranklin@sandbergphoenix.com |

                                          */s/ Daniel W. Farroll*