# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANTELA STACKHOUSE, and <br> SHANTELA STACKHOUSE as Independent <br> Administrator of the Estate of C.M. <br><br> Plaintiffs, <br><br> vs. <br><br> ALTON MEMORIAL HOSPITAL <br><br> DIANE M. LAHEY, R.N. <br><br> UNITED STATES OF AMERICA <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-CV-246-NJR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

Now Comes Daniel W. Farroll, and in support of his Motion to Withdraw, hereby states as follows:

1. Daniel W. Farroll and Keith Short agreed to prosecute this matter as co-counsel. Thus, the lawsuit was originally filed with both Daniel W. Farroll and Keith Short as counsel of record for Plaintiffs.

2. Daniel W. Farroll now desires to withdraw his appearance for Plaintiffs. Prior to filing this motion to withdraw, Daniel W. Farroll discussed with his co-counsel, Keith Short, his intention to withdraw as counsel of record. Keith Short has consented to Daniel W. Farroll's withdrawal of his appearance. Keith Short intends to continue representing Plaintiffs.

3. Daniel W. Farroll and Keith Short believe that Mr. Farroll's withdrawal will not adversely affect Plaintiffs or the timely prosecution of Plaintiffs' lawsuit.

4. Local Rule 83.1(g) contemplates "substitution" of another attorney when an attorney withdraws, however, the rule does not appear to contemplate parameters for withdrawal when a party is represented by more than one attorney.

5. Because Keith Short intends to continue prosecuting this lawsuit as counsel for Plaintiffs, there is no need for "substitution" of Daniel W. Farroll, as Plaintiffs will continue to be adequately and competently represented by Keith Short should this Court grant Mr. Farroll's Motion to Withdraw.

6. The withdrawal of Daniel W. Farroll as attorney for Plaintiff would not delay the trial of the case or otherwise be inequitable.

WHEREFORE, Daniel W. Farroll respectfully requests that this Court grant Daniel W. Farroll's Motion to Withdraw as Counsel of Record for Plaintiffs.

Respectfully Submitted,

BY: /s/Daniel W. Farroll
Daniel W. Farroll    #6210602
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, Illinois 62025
(618) 656-5150    phone
(618) 656-6230    fax
dfarroll@ghalaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 22, 2023, I electronically filed the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs with the Clerk of Court using CM/ECF system and by electronic mail to the attorneys of record below:

| | |
|---|---|
| Kyle Christopher Oehmke<br>United States Attorney's Office<br>9 Executive Drive<br>Fairview Heights, IL 62208-1344<br>Kyle.oehmke@usdoj.gov | Kenneth W. Bean<br>Russell L. Makepeace<br>David P. Franklin<br>Sandberg Phoenix & von Gontard, P.C.<br>600 Washington Avenue – 15th Floor<br>St. Louis MO 63101-1313<br>kbean@sandbergphoenix.com<br>rmakepeace@sandbergphoenix.com<br>dfranklin@sandbergphoenix.com |

                                      */s/ Daniel W. Farroll*