IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF ILLINOIS

SHANTELA STACKHOUSE, and )
SHANTELA STACKHOUSE AS )
INDEPENDENT ADMINISTRATOR OF )
THE ESTATE OF C.M., )
)
Plaintiffs, )
)
v. ) Case No. 3:22-cv-246-NJR
)
ALTON MEMORIAL HOSPITAL, DIANE )
M. LAHEY, R.N., and UNITED STATES )
OF AMERICA )
)
Defendants. )

## MOTION TO COMPEL DIRECTED TO
## DEFENDANT ALTON MEMORIAL HOSPITAL

NOW COME Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., by and through her attorney, Keith Short of Keith Short and Associates, P.C., and for her Motion to Compel Defendants' Alton Memorial Hospital and Diana M. Lahey, R.N., states to the Court as follows:

1. On August 31, 2022, Plaintiff sent Interrogatories and Requests for Production of Documents to Defendant, Alton Memorial Hospital. (See Exhibit A)

2. On October 14, 2022, Defendant, Alton Memorial Hospital produced their Objections and Answers to Plaintiff's Interrogatories and Objections and Responses to Plaintiff's Request for Production of Documents. (See Exhibit B)

3. On December 5, 2022, counsel for Defendant, Alton Memorial Hospital reached out to counsel for Plaintiff to discuss setting Defendant, Diane M. Lahey, RN's

deposition. At that time Dan Farroll indicated to Russell Makepeace that he wanted to discuss Defendant, Alton Memorial Hospital's various objections to discovery.

4. Due to multiple scheduling conflicts on both sides, this discussion was never able to take place.

5. On February 16, 2023, in an effort to resolve this matter, counsel for Plaintiff e-mailed a Golden Rule Letter to Defendant, Alton Memorial Hospital's counsel, setting forth the issues Plaintiff has with Alton Memorial Hospital's various objections and requesting a response within seven (7) days. (See Exhibit C)

6. As of today, February 24, 2023, Plaintiff's counsel has not received a response from Defendant, Alton Memorial Hospital.

WHEREFORE Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., moves that this Court order the Defendant, Alton Memorial Hospital, to comply with plaintiff's discovery requests.

Respectfully Submitted,

BY:  /S/Keith Short  
Keith Short       #6210044  
Keith Short and Associates, P.C.  
325 Market Street  
Alton, IL  62002  
(618) 254-0055  
(618) 254-1272       (fax)  
keith@siltrial.com

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served with the Clerk of Court using CM/ECF system and by electronic mail to the attorneys of record below on the 24 day of February, 2023:

Kenneth W. Bean
Russell L. Makepeace
David P. Franklin
Sandberg Phoenix & von Gontard, P.C.
600 Washington Avenue – 15th Floor
St. Louis MO 63101-1313
kbean@sandbergphoenix.com
rmakepeace@sandbergphoenix.com
dfranklin@sandbergphoenix.com

Steven D. Weinhoeft
Kyle Christopher Oehmke
United States Attorney's Office
9 Executive Drive
Fairview Heights, IL 62208-1344
Kyle.oehmke@usdoj.gov

/S/Erica N. Wallace