IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF ILLINOIS

SHANTELA STACKHOUSE, and )
SHANTELA STACKHOUSE AS )
INDEPENDENT ADMINISTRATOR OF )
THE ESTATE OF C.M., )
)
Plaintiffs, )
)
v. ) Case No. 3:22-cv-246-NJR
)
ALTON MEMORIAL HOSPITAL, DIANE )
M. LAHEY, R.N., and UNITED STATES )
OF AMERICA )
)
Defendants. )

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE JOINT REPORT OF PARTIES/ SCHEDULING AND DISCOVERY ORDER

NOW COME Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., by and through her attorney, Keith Short of Keith Short and Associates, P.C., and motions this court for leave to amend the Joint Report of Parties/Scheduling and Discovery Order. In support hereof, Plaintiff states as follows:

1) On July 26, 2022, this court adopted the Joint Report and Proposed Scheduling and Discovery Order of the parties.

2) That Plaintiff's deposition was taken on October 28, 2022.

3) That Plaintiff is currently trying to work out discovery issues with Defendants'.

4) That because of the current discovery issues, Plaintiff has not been in a position to schedule the deposition of any of the Defendant's in this case. Likewise, Plaintiff cannot disclose their experts timely pursuant to the Scheduling and Discovery Order.

5) That due to all of the above mentioned issues and delays, this case will likely not be ready for trial in November of 2023.

WHEREFORE, Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., by and through her attorney, Keith Short of Keith Short and Associates, P.C., prays this Court allows the parties to Amend the Scheduling and Discovery Order and pick a new presumptive trial month.

                Respectfully Submitted,

BY:    /s/Keith Short
        Keith Short       #6210044
        Keith Short and Associates, P.C.
        325 Market Street
        Alton, IL 62002
        618-254-0055
        618-254-1272—Facsimile
        keith@siltrial.com

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served with the Clerk of Court using CM/ECF system and by electronic mail to the attorneys of record below on the 24 day of February, 2023:

Kenneth W. Bean
Russell L. Makepeace
David P. Franklin
Sandberg Phoenix & von Gontard, P.C.
600 Washington Avenue – 15th Floor
St. Louis MO 63101-1313
kbean@sandbergphoenix.com
rmakepeace@sandbergphoenix.com
dfranklin@sandbergphoenix.com

Steven D. Weinhoeft
Kyle Christopher Oehmke
United States Attorney's Office
9 Executive Drive
Fairview Heights, IL 62208-1344
Kyle.oehmke@usdoj.gov

/S/Erica N. Wallace