IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANTELA STACKHOUSE, and SHANTELA STACKHOUSE AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF C.M., <br><br>Plaintiffs, <br><br>v. <br><br>ALTON MEMORIAL HOSPITAL, DIANE M. LAHEY, R.N., and UNITED STATES OF AMERICA <br><br>Defendants. | ) ) ) ) ) ) ) ) ) Case No. 3:22-cv-246-NJR ) ) ) ) ) ) ) |

**AGREED MOTION FOR LEAVE TO AMEND THE JOINT REPORT OF PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER**

NOW COMES Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., by and through her attorney, Keith Short of Keith Short and Associates, P.C., and motions this court for leave to amend the Joint Report of Parties/Scheduling and Discovery Order by agreement of all parties. In support hereof, Plaintiff states as follows:

1) On February 24, 2023, Plaintiff filed a Motion for Leave to Amend the Joint Report of Parties/Scheduling and Discovery Order (Doc. 57).

2) On February 24, 2023, Plaintiff filed a Motion to Compel against Defendant, Alton Memorial Hospital (Doc. 56).

3) All current outstanding discovery issues have been discussed between the parties and are resolved.

4) That all parties agree a new Joint Report of Parties and Scheduling Order needs to be entered and that this case will not be ready for trial by November 2023.

5) That all of the parties agreed on the proposed dates.  (See Exhibit 1)

6) That Plaintiff files this Motion for Leave to Amend the Joint Report of Parties and Proposed Scheduling and Discovery Order by agreement of all counsel.

WHEREFORE, Plaintiff, Shantela Stackhouse, Individually, and as Independent Administrator of the Estate of C.M., by and through her attorney, Keith Short of Keith Short and Associates, P.C., prays this Court allows the parties to Amend the Scheduling and Discovery Order.

          Respectfully Submitted,

BY:   /s/Keith Short_____
Keith Short          #6210044
Keith Short and Associates, P.C.
325 Market Street
Alton, IL 62002
618-254-0055
618-254-1272—Facsimile
keith@siltrial.com

## PROOF OF SERVICE

      The undersigned certifies that a copy of the foregoing instrument was served with the Clerk of Court using CM/ECF system and by electronic mail to the attorneys of record below on the 2 day of June, 2023:

Kenneth W. Bean
Russell L. Makepeace
David P. Franklin
Sandberg Phoenix & von Gontard, P.C.
600 Washington Avenue – 15th Floor
St. Louis MO 63101-1313
kbean@sandbergphoenix.com
rmakepeace@sandbergphoenix.com
dfranklin@sandbergphoenix.com

Steven D. Weinhoeft
Kyle Christopher Oehmke
United States Attorney's Office
9 Executive Drive
Fairview Heights, IL 62208-1344
Kyle.oehmke@usdoj.gov

                                                /S/Erica N. Wallace