IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANTELA STACKHOUSE, and ) <br> SHANTELA STACKHOUSE AS ) <br> INDEPENDENT ADMINISTRATOR OF ) <br> THE ESTATE OF C.M., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALTON MEMORIAL HOSPITAL, DIANE ) <br> M. LAHEY, R.N., and UNITED STATES ) <br> OF AMERICA ) <br> ) <br> Defendants. ) | Case No. 3:22-cv-246-NJR |

## **STIPULATION SELECTING MEDIATOR**

IT IS HEREBY STIPULATED AND AGREED that Michael S. Geigerman has been selected, contacted and has agreed to serve as Mediator for this action. The Mediator's contact information is as follows:

**Address**
United States Arbitration and Mediation, Inc., 500 N. Broadway, Suite 1800,
St. Louis, MO 63102
**Phone Number**
(314) 231-4642
**Email**
mgeigerman@usam.com

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mandatory Mediation Session and additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mandatory Mediation Session and

all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

DATED:  June 27, 2023

/s/D. Keith Short
_____
Attorney(s) for Plaintiff(s)

/s/Russell Makepeace
_____
Attorney(s) for Defendants
Alton Memorial Hospital and Diane M. Lahey, R.N.

/s/Kyle Oehmke
_____
Attorney(s) for Defendant
United State of America